**4**

**UNITED STATES, Plaintiff, v. Dan McVICKER et al., Defendants; Wm. Anderson, Appellant.**

Circuit Court of Appeals, Second Circuit. April 18, 1927.

No. 367.

Appeal from the District Court of the United States for the Southern District of New York.

Edwin L. LaCrosse and John A. Bolles, both of New York City, for appellant.

Lowell Wadmond, of Brooklyn, and Charles H. Tuttle, of New York City, for appellee.

Before HAND and SWAN, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Order affirmed in open court.